# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  RELOCATION OF            :     NO. 412
MAGISTERIAL DISTRICT 38-1-12 AND   :
CONSOLIDATION OF FACILITIES FOR    :     MAGISTERIAL RULES DOCKET
MAGISTERIAL DISTRICTS 38-1-11 and  :
38-1-12 WITHIN THE THIRTY-EIGHTH   :
JUDICIAL DISTRICT OF THE           :
COMMONWEALTH OF                    :
PENNSYLVANIA                       :

## ORDER

**PER CURIAM**

   **AND NOW**, this 9th day of February 2017, upon consideration of the Petition to Relocate Magisterial District Court 38-1-12 and Consolidate Magisterial Districts 38-1-11 and 38-1-12 of the Thirty-eighth Judicial District (Montgomery County) of the Commonwealth of Pennsylvania into one facility located at 1 Security Plaza, Pottstown, PA it is hereby ORDERED that the Petition is GRANTED, effective November 1, 2016.